# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen J. Exeter Jr.<br>    aka Allen Joseph Exeter, Jr<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-04273 JJT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Selene Finance LP as servicer for US Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 and index same on the master mailing list.

                                        Respectfully submitted,

                                        <u>**/s/ James C. Warmbrodt, Esquire**</u>
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734