```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04273-JJT
Allen J Exeter, Jr                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5　　　　User: JGoodling　　　　Page 1 of 1　　　　Date Rcvd: Aug 21, 2018
　　　　　　　　　　　　　　Form ID: pdf010　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db　　　　　　+Allen J Exeter, Jr,　  1 Fred Street,　  Old Forge, PA 18518-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018　　　　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
　　　　　　Charles J DeHart, III (Trustee)　  dehartstaff@pamd13trustee.com,　  TWecf@pamd13trustee.com
　　　　　　James Warmbrodt　  on behalf of Creditor　  U.S. Bank National Association, As Trustee For Et.Al
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　James Allen Prostko　  on behalf of Creditor　  U.S. Bank National Association, As Trustee For
　　　　　　 Et.Al pamb@fedphe.com
　　　　　　Jerome B Blank　  on behalf of Creditor　  U.S. Bank National Association, As Trustee For Et.Al
　　　　　　 pamb@fedphe.com
　　　　　　Jodi L Hause　  on behalf of Creditor　  Deutsche Bank National Trust Company, et al
　　　　　　 jodi.hause@phelanhallinan.com,　  pamb@fedphe.com
　　　　　　Mario John Hanyon　  on behalf of Creditor　  US Bank National Association pamb@fedphe.com
　　　　　　Mario John Hanyon　  on behalf of Creditor　  U.S. Bank National Association, As Trustee For Et.Al
　　　　　　 pamb@fedphe.com
　　　　　　Mark J. Conway　  on behalf of Debtor 1 Allen J Exeter, Jr info@mjconwaylaw.com,
　　　　　　 connie@mjconwaylaw.com;mjc@mjconwaylaw.com
　　　　　　Steven P. Kelly　  on behalf of Creditor　  US Bank National Association skelly@sterneisenberg.com,
　　　　　　 bkecf@sterneisenberg.com
　　　　　　Thomas Song　  on behalf of Creditor　  U.S. Bank National Association, As Trustee For Et.Al
　　　　　　 pamb@fedphe.com
　　　　　　Thomas Song　  on behalf of Creditor　  US Bank National Association, not in its inidvdual
　　　　　　 capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 c/o Selene Finance LP
　　　　　　 pamb@fedphe.com
　　　　　　United States Trustee　  ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen J. Exeter Jr. aka Allen Joseph Exeter, Jr<br>    Debtor(s) | CHAPTER 13 |
| US Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1<br>    Movant<br>vs. | NO. 17-04273 JJT |
| Allen J. Exeter Jr. aka Allen Joseph Exeter, Jr<br>    Debtor(s) | 11 U.S.C. Section 362 and 1301 |
| Charles J. DeHart, III Esq.<br>    Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1 Fred Street, Old Forge, PA 18518 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: August 20, 2018      By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)