```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 17-04273-JJT
Allen J Exeter, Jr                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: KADavis     Page 1 of 1     Date Rcvd: Nov 06, 2018
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db            +Allen J Exeter, Jr,    1 Fred Street,    Old Forge, PA 18518-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
          bkgroup@kmllawgroup.com
         James Allen Prostko    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al pamb@fedphe.com
         Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
          pamb@fedphe.com
         Jodi L Hause    on behalf of Creditor    Deutsche Bank National Trust Company, et al
          jodi.hause@phelanhallinan.com,    pamb@fedphe.com
         Mario John Hanyon    on behalf of Creditor    US Bank National Association pamb@fedphe.com
         Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
          pamb@fedphe.com
         Mark J. Conway    on behalf of Debtor 1 Allen J Exeter, Jr info@mjconwaylaw.com,
          connie@mjconwaylaw.com;mjc@mjconwaylaw.com
         Steven P. Kelly    on behalf of Creditor    US Bank National Association skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
         Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
          pamb@fedphe.com
         Thomas Song    on behalf of Creditor    US Bank National Association, not in its inidvdual
          capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 c/o Selene Finance LP
          pamb@fedphe.com
         Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et al pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                            TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| ALLEN J. EXETER, JR. | : | |
| Debtor | : | CASE NO. 5-17-bk-04273-JJT |

### ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

Upon consideration of Debtor's Motion to Convert it is hereby **ORDERED** that the Motion is **GRANTED**, this case is hereby converted to one under Chapter 7 of the Bankruptcy Code.

Dated: November 6, 2018

By the Court,

_____

John J. Thomas, Bankruptcy Judge (RPR)