```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                  Case No. 17-04273-JJT
Allen J Exeter, Jr                                                      Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis              Page 1 of 2             Date Rcvd: Nov 20, 2018
                              Form ID: 309A              Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
```
db             +Allen J Exeter, Jr,    1 Fred Street,    Old Forge, PA 18518-2210
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Jerome B Blank,    Phelan Hallinan & Schmieg LLP,    One Penn Center,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty            +Jodi L Hause,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty            +Mario John Hanyon,    Phelan Hallinan & Schmieg,    1617 JFK BLVD,    Suite 1400,
                 Philadelphia, PA 19103-1814
aty            +Steven P. Kelly,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
aty            +Thomas Song,    Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
cr             +US Bank National Association,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +US Bank National Association, not in its inidivdua,    9990 Richmond Avenue,    Suite 400,
                 Houston, TX 77042-4546
4979934        +Allied Interstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
4979935         BioScrip, Inc.,    PO Box 418782,    Boston, MA 02241-8782
4979937        +Charles S. Deck, M.D.,    802 Jefferson Avenue,    Scranton, PA 18510-4004
4979938        +Collection Services Center,    250 Mt. Lebanon Blvd. Ste. 420,    West Mifflin, PA 15234-1249
5033066         DEUTSCHE BANK NATIONAL TRUST COMPANY ET. AL.,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
4979939         Enhanced Recovery Company, LLC,    PO Box 23870,    Jacksonville, FL 32241-3870
4979940         Hematology Oncology Associates,    of Northeastern PA, P.C.,    1100 Meade Street,
                 Scranton, PA 18512-3169
4979941         Horizon Medical Corporation, PC,    3 West Olive Steet, Ste. 201,    Scranton, PA 18508-2574
4979942        +Medical Data Systems, Inc.,    645 Walnut Street, Ste. 5,    Gadsden, AL 35901-4173
4979945         Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
4979946        +Orthopaedic Consultants of Wyoming,    390 Pierce Street,    Kingston, PA 18704-5532
4979947         PASI,   PO Box 188,    Brentwood, TN 37024-0188
4979948         Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
5004069        +Regional Hospital of Scranton,    C/O PASI,    PO Box 188,    Brentwood, TN 37024-0188
4979950         Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
4998453         U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
4982638        +US Bank National Association Selene Finance LP,    9990 Richmond Ave Ste 400 South,
                 Houston TX 77042-4546
4979952         Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati, OH 45263-7907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: info@mjconwaylaw.com Nov 20 2018 19:18:52     Mark J. Conway,
                 Law Offices of Mark J Conway PC,    502 South Blakely Street,    Dunmore, PA  18512
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 20 2018 19:19:21     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4979936        +EDI: CAPIO.COM Nov 21 2018 02:19:00      Capio Partners, LLC,    PO Box 3778,
                 Sherman, TX 75091-3778
5006564        +E-mail/Text: bankruptcy@cavps.com Nov 20 2018 19:19:32     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4979943         EDI: MID8.COM Nov 21 2018 02:17:00      Midland Credit Management, Inc.,    PO Box 60578,
                 Los Angeles, CA 90060-0578
4979944         E-mail/Text: mmrgbk@miramedrg.com Nov 20 2018 19:19:24     MirMed Revenue Group,    Dept. 77304,
                 PO Box 77000,    Detroit, MI 48277-0304
4979949         EDI: PRA.COM Nov 21 2018 02:14:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541-1223
4980194        +EDI: PRA.COM Nov 21 2018 02:14:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5031796        +E-mail/Text: bkteam@selenefinance.com Nov 20 2018 19:19:00
                 US Bank National Association, not in its inidivdua,    C/O Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
4979951         EDI: WFFC.COM Nov 21 2018 02:17:00      Wells Fargo Home Mortgage,    PO Box 14591,
                 Des Moines, IA 50306-3591
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
aty            ##+James Allen Prostko,    Phelan Hallinan, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
```
          James   Warmbrodt      on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           bkgroup@kmllawgroup.com
          James Allen Prostko    on behalf of Creditor    U.S. Bank National Association, As Trustee For
           Et.Al pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          Jodi L Hause    on behalf of Creditor    Deutsche Bank National Trust Company, et al
           jodi.hause@phelanhallinan.com, pamb@fedphe.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    US Bank National Association pamb@fedphe.com
          Mark J. Conway    on behalf of Debtor 1 Allen J Exeter, Jr info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Steven P. Kelly    on behalf of Creditor    US Bank National Association skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas  Song    on behalf of Creditor    US Bank National Association, not in its inidivdual
           capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 c/o Selene Finance LP
           pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et al pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 13
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Allen J Exeter Jr | Social Security number or ITIN | xxx–xx–7097 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | October 13, 2017 |
| Case number: | 5:17–bk–04273–JJT | Date case converted to chapter 7 | November 6, 2018 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Allen J Exeter Jr | |
| 2. | **All other names used in the last 8 years** | aka Allen Joseph Exeter Jr | |
| 3. | **Address** | 1 Fred Street<br>Old Forge, PA 18518 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark J. Conway<br>Law Offices of Mark J Conway PC<br>502 South Blakely Street<br>Dunmore, PA 18512 | Contact phone 570 343–5350<br><br>Email: info@mjconwaylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM Contact phone (570) 831–2500 Date: November 20, 2018 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 4, 2019 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification and proof of social security number are required *** | Location: **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** March 5, 2019 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 5:17-bk-04273-JJT  Doc 70  Filed 11/22/18  Entered 11/23/18 00:54:47  Desc Imaged Certificate of Notice  Page 4 of 4