```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 17-04273-RNO
Allen J Exeter, Jr                                        Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: KADavis          Page 1 of 2            Date Rcvd: Mar 15, 2019
                            Form ID: 318            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db           +Allen J Exeter, Jr,   1 Fred Street,   Old Forge, PA 18518-2210
cr           +US Bank National Association,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington, PA 18976-3403
cr           +US Bank National Association, not in its inidivdua,   9990 Richmond Avenue,   Suite 400,
              Houston, TX 77042-4546
4979934      +Allied Interstate, LLC,    PO Box 361445,   Columbus, OH 43236-1445
4979935       BioScrip, Inc.,   PO Box 418782,   Boston, MA 02241-8782
4979937      +Charles S. Deck, M.D.,    802 Jefferson Avenue,   Scranton, PA 18510-4004
4979938      +Collection Services Center,   250 Mt. Lebanon Blvd. Ste. 420,   West Mifflin, PA 15234-1249
5033066       DEUTSCHE BANK NATIONAL TRUST COMPANY ET. AL.,    OCWEN LOAN SERVICING, LLC,
              Attn: Bankruptcy Department,   P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
4979939       Enhanced Recovery Company, LLC,   PO Box 23870,   Jacksonville, FL 32241-3870
4979940       Hematology Oncology Associates,   of Northeastern PA, P.C.,   1100 Meade Street,
              Scranton, PA 18512-3169
4979941       Horizon Medical Corporation, PC,   3 West Olive Steet, Ste. 201,   Scranton, PA 18508-2574
4979942      +Medical Data Systems, Inc.,   645 Walnut Street, Ste. 5,   Gadsden, AL 35901-4173
4979945       Ocwen Loan Servicing, LLC,   PO Box 660264,   Dallas, TX 75266-0264
4979946      +Orthopaedic Consultants of Wyoming,   390 Pierce Street,   Kingston, PA 18704-5532
4979947       PASI,   PO Box 188,   Brentwood, TN 37024-0188
4979948       Penn Credit,   916 S 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
5004069      +Regional Hospital of Scranton,   C/O PASI,   PO Box 188,   Brentwood, TN 37024-0188
4979950       Selene Finance,   PO Box 71243,   Philadelphia, PA 19176-6243
4998453       U.S. Bank National Association, as Trustee et.al.,   Wells Fargo Bank, N.A.,
              Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
4982638      +US Bank National Association Selene Finance LP,   9990 Richmond Ave Ste 400 South,
              Houston TX 77042-4546
4979952       Wilkes-Barre General Hospital,   PO Box 637907,   Cincinnati, OH 45263-7907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4979936      +EDI: CAPIO.COM Mar 15 2019 23:03:00     Capio Partners, LLC,   PO Box 3778,
              Sherman, TX 75091-3778
5006564      +E-mail/Text: bankruptcy@cavps.com Mar 15 2019 19:06:56     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
4979943       EDI: MID8.COM Mar 15 2019 23:03:00     Midland Credit Management, Inc.,   PO Box 60578,
              Los Angeles, CA 90060-0578
4979944       E-mail/Text: mmrgbk@miramedrg.com Mar 15 2019 19:06:51     MirMed Revenue Group,   Dept. 77304,
              PO Box 77000,   Detroit, MI 48277-0304
4979949       EDI: PRA.COM Mar 15 2019 23:03:00     Portfolio Recovery Associates, LLC,   PO Box 12914,
              Norfolk, VA 23541-1223
4980194      +EDI: PRA.COM Mar 15 2019 23:03:00     PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
5031796      +E-mail/Text: bkteam@selenefinance.com Mar 15 2019 19:06:34
              US Bank National Association, not in its inidivdua,   C/O Selene Finance LP,
              9990 Richmond Ave Ste 400 South,   Houston, TX 77042-4546
4979951       EDI: WFFC.COM Mar 15 2019 23:03:00     Wells Fargo Home Mortgage,   PO Box 14591,
              Des Moines, IA 50306-3591
                                                                      TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           bkgroup@kmllawgroup.com
          James Allen Prostko    on behalf of Creditor    U.S. Bank National Association, As Trustee For
           Et.Al pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          Jodi L Hause    on behalf of Creditor    Deutsche Bank National Trust Company, et al
           jodi.hause@phelanhallinan.com,  pamb@fedphe.com
          John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
          Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    US Bank National Association pamb@fedphe.com
          Mark J. Conway    on behalf of Debtor 1 Allen J Exeter, Jr info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Steven P. Kelly    on behalf of Creditor    US Bank National Association skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas  Song    on behalf of Creditor    US Bank National Association, not in its inidivdual
           capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 c/o Selene Finance LP
           pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et al pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
           pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 13

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Allen J Exeter Jr** | | Social Security number or ITIN | **xxx–xx–7097** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:17–bk–04273–RNO**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allen J Exeter Jr
aka Allen Joseph Exeter Jr

**By the court:**



March 15, 2019

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: KADavis, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 5:17-bk-04273-RNO    Doc 82    Filed 03/17/19    Entered 03/18/19 00:35:16    Desc
Imaged Certificate of Notice    Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**