```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-04273-RNO
Allen J Exeter, Jr                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: admin              Page 1 of 1              Date Rcvd: Mar 18, 2019
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Allen J Exeter, Jr,    1 Fred Street,   Old Forge, PA 18518-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
               bkgroup@kmllawgroup.com
              James Allen Prostko    on behalf of Creditor    U.S. Bank National Association, As Trustee For
               Et.Al pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
               pamb@fedphe.com
              Jodi L Hause    on behalf of Creditor    Deutsche Bank National Trust Company, et al
               jodi.hause@phelanhallinan.com,    pamb@fedphe.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              Mario John Hanyon    on behalf of Creditor    US Bank National Association pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
               pamb@fedphe.com
              Mark J. Conway    on behalf of Debtor 1 Allen J Exeter, Jr info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Steven P. Kelly    on behalf of Creditor    US Bank National Association skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas  Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For Et.Al
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    US Bank National Association, not in its inidivdual
               capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 c/o Selene Finance LP
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et al pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Allen J Exeter Jr,<br>aka Allen Joseph Exeter Jr, | Chapter 7 |
| **Debtor 1** | Case No. 5:17–bk–04273–RNO |

Social Security No.:
                    xxx–xx–7097

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

| | |
|---|---|
| Dated: March 15, 2019 | BY THE COURT<br>By the Court,<br><br>*/s/ Robt N. Opel II*<br><br>Honorable Robert N. Opel, II<br>United States Bankruptcy Judge<br>By: AutoDocketer, Deputy Clerk |

**fnldecac** (05/18)